IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:97CR155-25

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| FRED GLENN MASSEY ) | |
| ) | |

This matter is before the court upon the defendant's request for termination of supervised release. Defendant was sentenced on October 6, 2000 to a term of 96 months imprisonment and 10 years supervised release. His supervised release term began on October 23, 2006. While the court is mindful of the Probation Officer's recommendation to deny termination of supervised release, the court nevertheless determines that early termination will probably offer the best opportunity for this defendant to remain gainfully employed.

IT IS THEREFORE ORDERED that defendant's term of supervised release is hereby terminated.

Signed: December 2, 2009

Graham C. Mullen
United States District Judge